Dismissed and Memorandum Opinion filed February 8, 2007








Dismissed
and Memorandum Opinion filed February 8, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00981-CV

____________

 

SAM MEDINA,
Appellant

 

V.

 

DAVID DURBIN, PRO LEASE, INC., ET
AL, Appellees

 



 

On Appeal from County Civil Court
at Law No. 4

Harris County ,
Texas

Trial Court Cause No.
811674

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from a judgment signed July 25, 2006.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On
January 9, 2007, notification was transmitted to all parties of the Court's
intent to dismiss the appeal for want of prosecution unless, within fifteen
days, appellant paid or made arrangements to pay for the record and provided
this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 8, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.